UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Gomez,

                    Plaintiff,

          -against-

LZ77 LLC and Porto Salvo Cafe LLC,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2026 ____
```

25 Civ. 10552 (AT)

**ORDER**

ANALISA TORRES District Judge:

On December 30, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by March 2, 2026.  ECF No. 8.  Those submissions are now overdue. Accordingly, by **April 3, 2026**, the parties shall submit their joint letter and proposed case management plan.

          SO ORDERED.

Dated:  March 4, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge