Maria-Costanza Barducci
BARDUCCI LAW FIRM
PLLC
5 West 19th Street, 10th
Floor New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/9/2026

10011 Telephone: 212-433-2554

**April 3, 2026**

Honorable Analisa Torres
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

>  *Re:    Alexander Gomez v. LZ77 LLC et al*
>  *Civil Action No.:  25-cv-10552-AT*
>  *Motion to Adjourn Conference and Extend Deadlines*

Dear Honorable Judge Torres,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's March 4, 2026 Order [DE#11], the Parties are required to file a joint letter and proposed Case Management Plan by April 3, 2026, in advance of the initial status conference.

Paramount, the Defendants, have not yet appeared in this action, despite being served on January 6, 2026, as exhibited on the docket. Additionally, Plaintiff has sent Defendant copies of the pleading and letters advising that Plaintiff will be requesting a default if they do not file an answer or response by January 27, 2026.

For these reasons, Plaintiff requests a 40-day adjournment of the initial status conference and its associated deadlines.This extension should not affect any other deadlines or events in this case. Thank you for your time in considering this request.

Most Respectfully,

GRANTED.  By **May 13, 2026**, the parties shall
file their joint letter and proposed case
management plan.

BARDUCCI LAW FIRM

_____

SO ORDERED.

PLLC

Dated: April 9, 2026
       New York, New York

Maria-Costanza Barducci Esq.

_____
ANALISA TORRES
United States District Judge