UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Gomez,

               Plaintiff,

       -against-

LZ77 LLC and Porto Salvo Cafe LLC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/18/2026____

25 Civ. 10552 (AT)

**ORDER**

ANALISA TORRES District Judge:

      On April 9, 2026, the Court granted the parties' request for an extension to submit their joint letter and proposed case management plan by May 13, 2026. *See* ECF No. 17; *see also* ECF No. 8. Those submissions are now overdue. Accordingly, by **May 28, 2026**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 18, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge